UNITED STATES DISTRICT COURT

MIDDLE DISTRICT

STATE OF LOUISIANA

| LINDA M. BUI | : | CIVIL ACTION NO. _____ |
|---|---|---|
| VERSUS | : | SECTION _____ |
| BOARD OF SUPERVISORS OF LOUISIANA UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE | : : : : | JUDGE _____ MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU"), defendant, who, pursuant to 28 U.S.C. §1441 and 1446, respectfully files this Notice of Removal. In support of this removal, defendants assert the following:

1.

Defendant desires to exercise its rights under the provisions of Title 28 U.S.C. Sec. 1441 et seq., to remove this action from the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, in which said cause is now pending under the name and style: "Linda M. Bui versus Board of Supervisors of Louisiana State University," Number 568,508, Section

27, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. This action was served on LSU on July 16, 2008.

2.

This civil action includes claims for relief arising under the laws of the United States (42 U.S.C. §2000e, et seq.) thereby conferring original jurisdiction on the District Courts of the United States (28 U.S.C. §1331) and allowing for removal of the action to this Court by defendant, pursuant to the provisions of 28 U.S.C. §1441 et seq. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. 1367.

3.

Defendant hereby consents to the jurisdiction of this United States District Court for the Middle District of Louisiana in this matter.

4.

The date by which defendant is required by the laws of Louisiana to answer or plead to plaintiff's complaint has not lapsed. In accordance with the requirements of 28 U.S.C. Sec. 1446, this petition for removal is filed within 30 days after the action was served on July 16, 2008, and less than one year after the commencement of the action in State Court.

5.

Pursuant to the provision of 28 U.S.C. Sec. 1446, defendant attaches hereto and incorporates herein by reference a complete copy of all documents and pleadings filed in this action.

6.

Defendant desires and is entitled to have this cause removed from the Nineteenth Judicial District Court of the State of Louisiana to the United States District Court for the Middle District of Louisiana; written notice of the filing of this petition will be given to adverse parties as required by law; and, a true copy of this petition will be filed with the Clerk of the Nineteenth Judicial District Court for East Baton Rouge Parish, as provided by law.

**WHEREFORE**, defendant, the Board of Supervisors of Louisiana State University Agricultural and Mechanical College prays that this action be removed to this Court and that this Court accepts jurisdiction of this action and that, henceforth this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Respectfully submitted by:

CHARLES C. FOTI, JR.
Attorney General

- 3 -

By: /s/ Thomas R. Peak
Thomas R. Peak, #14300
TAYLOR, PORTER, BROOKS, & PHILLIPS, L.L.P.
Special Assistant Attorney General
P.O. Box 2471
Baton Rouge, LA 70821
Telephone (225) 387-3221
*Attorneys for Defendant*

- CERTIFICATE -

I certify that a copy of the foregoing was mailed, via U.S. Mail, postage prepaid, to Ms. Jill L. Craft, Attorney at Law, LLC, 721 North Street, Baton Rouge, Louisiana 70802.

Baton Rouge, Louisiana this 15th day of August, 2008.

_____
Thomas R. Peak

- 4 -