UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LINDA M. BUI                                                    CIVIL ACTION NO. 08-520-JJB-CN

VERSUS

BOARD OF SUPERVISORS OF LSU AND
AGRICULTURAL AND MECHANICAL COLLEGE

************************************************************

## SUPPLEMENTAL AND AMENDEING PETITION

The Supplemental and Amending Petition of Plaintiff, Linda M. Bui, respectfully represents:

I.

Plaintiff supplements and amends her Petition to add as paragraph 12a. the following:

"12a.

Petitioner shows that since the filing of her Charges of Discrimination and this lawsuit, she has been subjected to on-going retaliation and retaliatory harassment, consisting of, but not limited to, sabotage of Petitioner's lab and work product, removal from Petitioner of her assistants necessary for Petitioner to fulfill her job responsibilities and continued research, denial of Petitioner's promotion to Full Professor on October 10, 2008, changing of the locking system into Petitioner's lab, and such other instances to be more fully shown at trial of this matter."

II.

Plaintiff supplements and amends her Petition to add as paragraph 12b. the following:

"12b.

Petitioner contends that defendant's on-going, unabated, and unwelcome acts and deliberate failure to take any remedial action has cause and continues to cause her damages, including constructively forcing her onto repeated medical leaves, caused Petitioner emotional and physical

injuries, severe and extreme emotional distress, also constituting the tort of IIED, and such other damages set forth in Petitioner's original Petition herein, and all for which Petitioner specifically sues for herein."

III.

Plaintiff reiterates and re-alleges all allegations contained in her original Petition as if quoted herein in their entirety.

**WHEREFORE**, Plaintiff, Linda M. Bui, prays that after due proceedings are had that there be judgment herein in her favor and against defendant, Board of Supervisor of Louisiana State University, for all sums as are reasonable under the premises, attorney's fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

RESPECTFULLY SUBMITTED

BY: s/Jill L. Craft
Jill L. Craft, T.A., #20922
Attorney at Law
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612
Fax: (225) 663-2613
E-mail: jcraft@bitworx.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of November, 2008, I have served a copy of the above and foregoing Supplemental and Amending Petition using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 11th day of November, 2008.

s/Jill L. Craft
Jill L. Craft