UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LINDA M. BUI                                          CIVIL ACTION NO. 08-520-JJB-CN

VERSUS

BOARD OF SUPERVISORS OF LSU AND
AGRICULTURAL AND MECHANICAL COLLEGE

**********************************************************

## SECOND SUPPLEMENTAL AND AMENDING PETITION

The Second Supplemental and Amending Petition of Plaintiff, Linda M. Bui, respectfully represents:

I.

Plaintiff supplements and amends her Petition to add as paragraph 12c the following:

"12c.

Petitioner received the attached Right to Sue Notice dated November 18, 2008. All conditions precedent to the filing of this lawsuit under Title VII have been met and compiled with."

II.

Plaintiff supplements and amends her Petition to add as paragraph 12d the following:

"12d.

Defendant State of Louisiana is liable unto Petitioner pursuant to Title VII, 42 USC § 2000e, et seq. Petitioner is entitled to an award of damages, attorney fees and all other relief to which she is entitled under federal law."

III.

Plaintiff reiterates and re-alleges all allegations contained in her original Petition as if quoted herein in their entirety including her request for trial by jury.

**WHEREFORE**, Plaintiff, Linda M. Bui, prays that after due proceedings are had that there be judgment herein in her favor and against defendant, Board of Supervisor of Louisiana State University, for all sums as are reasonable under the premises, attorney's fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

RESPECTFULLY SUBMITTED

BY:   s/Jill L. Craft
Jill L. Craft, T.A., #20922
Attorney at Law
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612
Fax: (225) 663-2613
E-mail: jcraft@bitworx.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2008, I have served a copy of the above and foregoing Second Supplemental and Amending Petition using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 20th day of November, 2008.

   s/Jill L. Craft
   Jill L. Craft

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Linda M. Bui
1446 Ross Avenue
Baton Rouge, LA 70808



From: New Orleans Field Office
1555 Poydras Street
Suite 1900
New Orleans, LA 70112

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2008-00781 | John L. Berendsen, Supervisory Investigator | (504) 595-2866 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Keith T. Hill,
Director

NOV 18 2008
(Date Mailed)

Enclosures(s)

cc: Ann Coulon
Director of Human Resources
Management
LOUISIANA STATE UNIVERSITY A&M
AGRICULTURAL CENTER
P. O. Box 25203
Baton Rouge, LA 70894

Jill L. Craft
Baton Rouge, LA 70802

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 461-2008-00781 |

Louisiana Commission On Human Rights                                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda M. Bui | (225) 346-1293 | 07-12-1968 |

Street Address: 1446 Ross Avenue, Baton Rouge, LA 70808

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LOUISIANA STATE UNIVERSITY A&M | 500 or More | (225) 578-4161 |

Street Address: Agricultural Center, 102 Efferson Hall, Baton Rouge, LA 70894

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-21-2007    Latest: 09-21-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. From May 2004, until February 29, 2008, I had been subjected to the repeated job harassment by one of Respondent's employees. I have been employed with the above Respondent since November 1, 1998, most recently in the position of an Associate Professor. The Respondent employs more than fifty employees.

II. Doctor Jim Fuxa (male) Professor over the Entomology Department subjected me to the repeated job harassment.

III. I believe that I have been discriminated under Title VII of the Civil Rights Act of 1964, as amended, based on my sex, female. I believe that my sex is/was the reason for the repeated job harassment because I am a female in a male dominated field. Doctor Fuxa repeatedly talked down to me, Doctor Fuxa ~~repeatedly~~ called me a F _ _ KING BITCH", Doctor Fuxa, constantly flipped his middle finger at me (flipped the bird) and Doctor Fuxa sabotaged my laboratory. I was repeatedly subjected to verbal abuse and threats on a daily basis by Doctor Fuxa. However, Doctor Fuxa, did not treat the male employees in the same manner.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 23 June 2008    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)